1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DARRYL KEITH HARVEY,

11          Petitioner,              No. 2:11-cv-1312 GGH P

12      vs.

13   GARY SWARTHOUT,

14          Respondent.              ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.

18          The application attacks a conviction issued by the San Mateo County Superior

19   Court.  While both this Court and the United States District Court in the district where petitioner

20   was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973),

21   any and all witnesses and evidence necessary for the resolution of petitioner's application are

22   more readily available in San Mateo County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

23   ////

24   ////

25   ////

26   ////

1

1    Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this

2  matter is transferred to the United States District Court for the Northern District of California.

3  DATED: June 14, 2011

4

5                                                          /s/ Gregory G. Hollows

6                                                          GREGORY G. HOLLOWS
                                                           UNITED STATES MAGISTRATE JUDGE

7  GGH:md
   harv1312.108

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26