IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL KEITH HARVEY, | No. C 11-3032 SBA (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| GARY SWARTHOUT, Warden, | |
| Respondent. | |
| _____/ | |

Pursuant to the Court's Order Granting Respondent's Motion to Dismiss Petition as Untimely; and Denying a Certificate of Appealability signed today, this action is DISMISSED WITH PREJUDICE. 28 U.S.C. § 2244(d).

IT IS SO ORDERED.

DATED: 9/28/12

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\HC.11\Harvey3032.jud.wpd

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DARRYL KEITH HARVEY,

      Plaintiff,

v.

GARY SWARTHOUT et al,

      Defendant.

Case Number: CV11-03032 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 11, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Keith Harvey E-16700
California State Prison - San Quentin
San Quentin, CA 94964

Dated: October 11, 2012

      Richard W. Wieking, Clerk
      By: Lisa Clark, Deputy Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28